**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JOSHUA ALAN MAUJER, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. CIV-26-340-R |
| | ) |
| WARDEN, FEDERAL TRANSFER | ) |
| CENTER OKLAHOMA CITY, | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Erwin recommends that Petitioner's Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 be dismissed because it seeks relief that is not proper under § 2241.

The case file shows no timely objection to the Report nor request for an extension of time, even though Petitioner was expressly informed of his right to object, the procedure for doing so, and the consequences of failing to object. Petitioner has therefore waived further review of all issues addressed in the Report.

Accordingly, the Court ADOPTS the Report and Recommendation and, for the reasons explained therein, dismisses the Amended Petition.

IT IS SO ORDERED this 10th day of June, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

2